# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE ERIC JONES, :

    Petitioner :

                                          CIVIL ACTION NO. 3:17-0811

    v. :

                                          (Judge Mannion)

UNITED STATES OF AMERICA, :

    Respondent :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to seek leave to file a second or successive §2255 in the United States Court of Appeals for the Third Circuit.

2. The Clerk of Court is directed to **CLOSE** this case.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Dated: May 29, 2019**
17-0811-01-ORDER